IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR VILLEGAS,<br><br>        Plaintiff,<br><br>  vs.<br><br>K. BUCKLEY, et al.,<br><br>        Defendants. | Case No. CIV S-02-1613 (JKS)<br><br>O R D E R |

      On July 20, 2005, this Court screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A. Docket No. 26. The Court found that service was appropriate upon Defendants and ordered Plaintiff to provide the Court with (1) one completed summons; (2) one completed USM-285 form for each Defendant; and (3) twenty-seven copies of the first amended complaint. The July 20 order also explained that the Court would direct the United States Marshal's Service to serve Defendants without payment of costs. The order gave Plaintiff thirty days.

      Plaintiff has since informed the Court that he did not receive the necessary service paperwork until August 6, 2005, and that he therefore had insufficient time to comply. Docket No. 27. He requests fifteen additional days. The Court will **GRANT** the motion at **Docket No. 27**. Plaintiff is directed to file the above documents with the Court **on or before Wednesday, September 14, 2005**, after which time the Court will order service by the Marshal's Service.

      **IT IS SO ORDERED**.

      Dated at Anchorage, Alaska, this  29th  day of August 2005.

                                                    /s/ James K. Singleton, Jr.
                                                  **JAMES K. SINGLETON, JR.**
                                                      United States District Judge

1