IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR VILLEGAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>K. BUCKLEY, et al.,<br><br>　　　　　　Defendants. | CIV S-02-1613 JKS<br><br>[████████] ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME |

　　Good cause appearing, Defendants are granted a 45 day extension to file a responsive pleading. Defendants' responsive pleading shall be due on or before January 13, 2006.

IT IS SO ORDERED

Dated: 11/29/05

　　　　　　　　　　　　　　　　　　　The Honorable James K. Singleton, Jr.

[Proposed] Order Granting Defendants' First Request for an Extension of Time

1