**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELEZAR VILLEGAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:02-cv-01613 JKS |
| v. ) | |
| ) | |
| K. BUCKLEY, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**
<u>(Certification of Readiness for Trial)</u>

      It appears that the pretrial calendar for this case has been completed and that it should be ready for trial.  The court is ready to schedule a final pretrial conference and trial and will do so when the parties have complied with the following.

      (1)  The parties shall consult and jointly certify that:
          (a)  discovery is complete;
          (b)  there are no outstanding procedural or legal issues which are appropriate for resolution by motion; and
          (c)  settlement has been seriously explored and is deemed to be remote.  The court will arrange a settlement conference with another judge upon request, and use of this procedure will be required unless counsel certify that the case cannot be settled.

      (2) The parties shall suggest at least two alternate trial  dates, at least one of which shall be approximately six months from the date of this order.

      If the parties are not able to so certify, counsel for

Order/certification of readiness for trial
[S-02-1613.009.wpd]{IID1.WPD*Rev.12/96}

Defendants shall report to the court within fifteen (15) days from the date hereof what remains to be accomplished and when outstanding matters will be attended to.  In lieu of such report, the parties may request a status conference with the court.

DATED this 18th day of October 2007.

    /s/James K. Singleton, Jr.
James K. Singleton, Jr.
United States District Judge