IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR VILLEGAS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>K. BUCKLEY, et al.,<br><br>　　　　　Defendants. | Case No. 2:02-cv-01613 (JKS)<br><br><br>ORDER |

　　　This case has been in discovery since October 2006.  Docket No. 47.  In October 2007, this Court asked the parties to certify that they were ready for trial.  Docket No. 54.  After conferring with Plaintiff, Respondent filed a status report indicating that its discovery would be completed in December 2007 and that Plaintiff intended to propound his discovery requests in November 2007.  Docket No. 55.  As deadlines for discovery and dispositive motions have not been set, the Court shall do so now.

　　　Discovery shall be completed on or before April 10, 2008.  All dispositive motions shall be filed on or before May 12, 2008.  If no such motions are filed, the parties shall confer and file a joint certification of readiness for trial no later than May 16, 2008.

　　　**IT IS SO ORDERED**.

　　　Dated this the 10th day of March 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1