IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR VILLEGAS,<br><br>          Plaintiff,<br><br>     vs.<br><br>K. BUCKLEY, et al.,<br><br>          Defendants. | Case No. 2:02-cv-01613 (JKS)<br><br>ORDER |

     Pursuant to Local Rule 16-270(a), settlement conferences are held for all civil cases unless a party objects or the Court finds good cause.  Defendants submit that a settlement conference might be helpful in this case.  Docket No. 58.  The Court agrees and finds no good cause for waiving it.  If either party believes a settlement conference would not be productive they should file their objection as soon as possible.

     Accordingly, **IT IS HEREBY ORDERED** that:

1. The Clerk shall randomly assign a magistrate judge for the purpose of holding a settlement conference;

2. A settlement conference will be held at the soonest convenience of the assigned magistrate judge.

Dated this the 23rd day of June 2008.

                                                   /s/ James K. Singleton, Jr.
                                                 **JAMES K. SINGLETON, JR.**
                                                    United States District Judge