IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR VILLEGAS,<br><br>                  Plaintiff,<br><br>  vs.<br><br>K. BUCKLEY, et al.,<br><br>                  Defendants. | Case No. 2:02-cv-01613 (JKS)<br><br>ORDER |

      On June 20, 2008, Plaintiff filed an untimely motion requesting a 30-day extension of discovery. Docket No. 59. Discovery closed on April 10, 2008, and the time for filing dispositive motions lapsed on May 12, 2008. Docket No. 56. Plaintiff's motion for an extension will be denied. First, Plaintiff has had a year and a half to conduct discovery. *See* Docket Nos. 47, 56. This was more than ample. *See* Fed. R. Civ. P. 26(b)(2)(C)(ii). Second, Plaintiff has failed to even allege good cause for modifying the schedule. *See* Fed. R. Civ. P. 16(b)(4).

      Accordingly, **IT IS HEREBY ORDERED** that:

      1. Plaintiff's motion for an extension at **Docket No. 59** is **DENIED**.

      Dated this the 23rd day of June 2008.

                                                           /s/ James K. Singleton, Jr.
                                                         **JAMES K. SINGLETON, JR.**
                                                          United States District Judge

1