IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR VILLEGAS,<br><br>    Plaintiff,<br><br>vs.<br><br>K. BUCKLEY, et al.,<br><br>    Defendants. | Case No. 2:02-cv-01613 (JKS)<br><br><br>ORDER |

  The Court has received a Notice of Settlement of Case from the Parties. Docket No. 73. In light of this notice, all pending deadlines are suspended. However, the final pretrial conference and trial set for October 6, 2008, remain on the calendar. The Parties should file their stipulation and order for voluntary dismissal forthwith.

  **IT IS SO ORDERED**.

  Dated this the 26th day of August 2008.

                /s/ James K. Singleton, Jr.
                **JAMES K. SINGLETON, JR.**
                United States District Judge