IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR VILLEGAS,<br><br>                Plaintiff,<br><br>vs.<br><br>K. BUCKLEY, et al.,<br><br>                Defendants. | Case No. 2:02-cv-01613 (JKS)<br><br>ORDER |

    On August 25, 2008, the Defendants filed a notice of settlement, anticipating that a settlement agreement and stipulated dismissal would be filed within two weeks.  Docket No. 73.  Nothing has been filed and the Court is concerned that time is now too short to proceed with trial on October 6, 2008.

    **IT IS THEREFORE ORDERED** that the final pretrial conference and trial set for October 6, 2008, are **VACATED**.  Further, the Parties shall submit a joint status report or the anticipated settlement and stipulated dismissal by **September 22, 2008**.

    Dated this the 16th day of September 2008.

                                                /s/ James K. Singleton, Jr.
                                                **JAMES K. SINGLETON, JR.**
                                                United States District Judge