IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR VILLEGAS,<br><br>              Plaintiff,<br><br>vs.<br><br>K. BUCKLEY, et al.,<br><br>              Defendants. | Case No. 2:02-cv-01613 (JKS)<br><br>ORDER |

The Court has received the stipulation of Parties agreeing to dismissal of the action with prejudice. Docket No. 76.

**IT IS THEREFORE ORDERED** that the action is dismissed with prejudice as to all defendants in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the agreement of parties.

Dated this the 18th day of September 2008.

                                                  /s/ James K. Singleton, Jr.
                                                  **JAMES K. SINGLETON, JR.**
                                                  United States District Judge